JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sherry Dowd,<br><br>        Plaintiff,<br><br>    v.<br><br>Wesley Lamberth<br>Shannon Slighht<br>ADT, LLC<br>and Does 1 to 10,<br><br>        Defendants. | Case No. 8:15-cv-00248-AG (JCGx)<br><br>**ORDER APPROVING STIPULATION DISMISSING PLAINTIFF'S CLAIMS AGAINST DEFENDANTS PURSUANT TO FRCP 41(A)(1)(A)(II)**<br><br>[Superior Court for the County of Orange Case No. 30-2014-00763472]<br><br>Complaint Filed: December 29, 2014<br>Trial Date:    None Set<br>Judge:    Hon. Andrew J. Guilford |

Proposed Order
approving

Case No. 8:15-cv-00248-AG (JCGx)

The Stipulation Dismissing Plaintiff Sherry Dowd's Claims Against Defendants ADT LLC, Wesley Lamberth, and Shannon Slight was submitted on March 19, 2015 to the above-captioned Court, the Honorable Andrew J. Guilford, presiding.  The Court, having read and considered the Stipulation, and good cause appearing therefore:

**IT IS HEREBY ORDERED** that the Stipulation is approved and the entire action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  Each party shall bear its own attorneys' fees and costs.

DATED:  __March 20____, 2015         By:  _____

Hon. Andrew J. Guilford
United States District Judge

Proposed Order
approving

1          Case No. 8:15-cv-00248-AG (JCGx)

STIPULATION DISMISSING PLAINTIFF'S CLAIMS AGAINST DEFENDANTS
PURSUANT TO FRCP 41(a)(1)(A)(ii)